NELLIE LYTWYN, Appellant, *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.

Supreme Court, Appellate Term, First Department, November 10, 1930.

*Weinberg & Weinberg*, for the appellant.

*Frederick C. Tanner* [*Thomas McCall* of counsel], for the respondent.

PER CURIAM. The only misrepresentations asserted in the answer were the alleged false answers to question 4 of the application.

The physician's certificate attached to proof of death related solely to the doctor's " prescribing *for or attending* " the deceased for certain " diseases." The testimony given by the certifying physician on the trial did not show that deceased either had or had been treated for a " disease " of the bladder or prostate or heart " trouble." It merely showed that incidental to other treatment the doctor found a slightly enlarged prostate gland such as every man of the age of deceased had. This, of course, did not show a disease of that organ. Nor could a " slightly enlarged heart — nothing unusual " be deemed a heart " trouble " without further proof on the subject.

Judgment reversed, with thirty dollars costs, and judgment directed for plaintiff for the amount demanded in the complaint, with interest and costs.

All concur; present, LYDON, LEVY and CALLAHAN, JJ.